THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Natalie  Byrd, Appellant.
 
 
 

Appeal From Pickens County
 J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2008-UP-696
 Submitted December 1, 2008  Filed
December 15, 2008    

APPEAL DISMISSED

 
 
 
 Kathrine H. Hudgins, of Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Robert M. Ariail, of
 Greenville, for Respondent.
 
 
 

PER
 CURIAM:  Natalie Byrd appeals her concurrent sentence of five
 years and one year for failure to return rental property and financial
 transaction card fraud.  She maintains the trial court erred in refusing to
 consider house arrest as an alternative to prison time.  After a thorough review of the record, counsels
 brief, and Byrds pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Byrds appeal and grant
 counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.